FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00161-CR
### NO. 02-15-00162-CR

TONI JOE WHITEHEAD                                    APPELLANT

V.

THE STATE OF TEXAS                                         STATE

------------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CR14-0702, CR14-0892

------------

## ORDER

------------

We have considered the "State's First Motion for Extension of Time for Filing State's Brief."

The motion is **GRANTED**. The State's brief is ordered due **Wednesday, January 06, 2016.**

The clerk of this court is directed to transmit a copy of this order to the attorneys of record.

DATED December 10, 2015.

PER CURIAM